IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 25-CR-255-1 |
| SYED MEHDI HUSSAIN, | ) ) | Magistrate Judge Jeannice W. Appenteng |
| Defendant. | ) ) ) ) | |

**ORDER**

Detention hearing held. Defendant waives his right to a detention hearing. Defendant's waiver is without prejudice and he may move at a later time for pretrial release on conditions. Upon the government's inquiry the Court confirmed that time is excluded until 6/24/2025, per [11]. (X-T).

T:00:10

_____
JEANNICE W. APPENTENG
United States Magistrate Judge

Date: 6/4/2025